UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,<br><br>Plaintiffs<br><br>v.<br><br>Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore, Toad Hall Corp., Ian McColgin, the Motor Vessel "Sea Genie II," her engines, tackle and appurtenances, in rem, the Sailing Vessel "Granuaile," her engines, tackle and appurtenances, in rem,<br><br>Defendants. | Civil Action No.: 1:~~99-CV-10381~~<br>WGY<br>04 11615 NMG |

## MOTION TO ADMIT ANDREW V. BUCHSBAUM PRO HAC VICE

Pursuant to Local Rule 83.5.3(b) for the District of Massachusetts, Sarah B. Herlihy states that she is duly admitted to the Bar of the United States District Court for the District of Massachusetts; that she has reviewed the Certificate of Andrew V. Buchsbaum filed contemporaneously herewith and that she moves the Court for an order authorizing Andrew V. Buchsbaum to appear and practice in this Court as counsel of record for the Plaintiff, Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased in this action.

This 20th day of July, 2004

Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased

_____
Sarah B. Herlihy, BBO #640531
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
(617) 542-2241 (facsimile)


Of Counsel

_____
Andrew V. Buchsbaum
Friedman & James LLP
132 Nassau Street
New York, NY 10038
(212) 233-9385
(212) 619-2340 (facsimile)


Dated:



04-11615 NMG