UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,<br><br>Plaintiff<br><br>v.<br><br>Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore, Toad Hall Corp., Ian McColgin, the Motor Vessel "Sea Genie II," her engines, tackle and appurtenances, in rem, the Sailing Vessel "Granuaile," her engines, tackle and appurtenances, in rem,<br><br>Defendants. | Civil Action No.:<br><br> |

## CERTIFICATION OF ANDREW V. BUCHSBAUM IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.5.3(b) for the District of Massachusetts, Andrew V. Buchsbaum represents to the Court that:

1. He is a member in good standing of the Bar of the states of New York and New Jersey. He is admitted to practice before all of the courts of the states of New York and New Jersey as well as the United States District Courts for the District of New Jersey and the Northern, Southern, Eastern and Western Districts of New York. He is also admitted to practice before the United States Court of Appeals for the First and Fourth Circuits.

2. There are not now, and never have been, any disciplinary proceedings pending against him as a member of the Bar in any jurisdiction.

3. He has familiarized himself with the Local Rules of the United States District Court for the District of Massachusetts.

4. He and his firm have associated as co-counsel for this action the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. who have agreed to appear as counsel of record for the plaintiff in this action.

Respectfully submitted,

_____
Andrew V. Buchsbaum
Friedman & James LLP
132 Nassau Street
New York, NY 10038
(212) 233-9385
(212) 619-2340 (facsimile)

Dated: July 20, 2004