UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF EASTERN MASSACHUSETTS

| | |
|---|---|
| JOSEPH A. KINSELLA, As Administrator And Personal Representative Of The Estate of Katherine Kinsella, And JOSEPH A. KINSELLA, Individually And On Behalf Of All Distributees Of Katherine Kinsella, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>WYMAN CHARTER CORP., MICHAEL P. WYMAN, JOSEPH JAY SHORE, CORD MITCHELL SHORE, CAROLYN SHORE, TOAD HALL CORP., IAN McCOLGIN, THE MOTOR VESSEL "SEA GENIE II", Her Engines, Tackle And Appurtenances, *In Rem*, The Sailing Vessel "*Granuaile*", Her Engines, Tackle And Appurtenances, *In Rem*,<br>Defendants. | CIVIL ACTION NO. 04-11615-NMG |

**NOTICE OF APPEARANCE**

Counsel for defendants Joseph Jay Shore, Cord Mitchell Shore, Carolyn Shore, and Toad Hall Corp. hereby enter their appearance in this matter.

Defendants,
JOSEPH JAY SHORE, *et al.*
By their attorneys,

Paul G. Boylan
Kevin G. Kenneally
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
617-406-4513

Dated: August 9, 2004

- 2 -

## Certificate of Service

The undersigned counsel for defendants Joseph Jay Shore, *et al.* today gave notice of the foregoing **Notice Of Appearance** by first-class mail to counsel for plaintiffs Kinsella, *et al.*, Sarah B. Herlihy, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111; and co-counsel, Andrew V. Buchsbaum, Friedman & James LLP, 132 Nassau Street, New York, NY 10038.

Dated: August 9, 2004

24100.0//00853083.