AO 440 (Rev. 10/83) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,

v.

Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore, Toad Hall Corp., Ian McColgin, the Motor Vessel "Sea Genie II," her engines, tackle and appurtenances, in rem, the Sailing Vessel "Granuaile," her engines, tackle and appurtenances, in rem,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: # 04 11615 NMG

To:  Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore, Toad Hall Corp., Ian McColgin, the Motor Vessel "Sea Genie II," her engines, tackle and appurtenances, in rem, the Sailing Vessel "Granuaile," her engines, tackle and appurtenances, in rem

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Sarah B. Herlihy (BBO# 640531)
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE: JUL 20 2004

AO 440 (Rev. 10/83) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 7/27/04 |
| NAME OF SERVER (PRINT) Thomas C. Hyslop | TITLE Process Server |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: Toad Hall Corp. by serving in Hand to Curd Mitchell Shore, Person-in-Charge of business @ 180 Scudder Avenue, Hyannis, MA Barnstable County

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/27/04
Date

Signature of Server: Thomas C. Hyslop

Address of Server: 92 State Street, Boston, MA 02109

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.