UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 04-11615-NMG

JOSEPH A. KINSELLA, as Adminstrator
and personal representative of the
Estate of Katherine Kinsella, and
JOSEPH A. KINSELLA, individually and
on behalf of all distributes of
KATHERINE KINSELLA, deceased
        Plaintiffs,

VS.

WYMAN CHARTER CORP., ET AL,
        Defendants.


## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant,
Michael P. Wyman, in the above-entitled action.


By its attorneys,

**CLINTON & MUZYKA, P.C.**


"/s/Thomas E. Clinton"_
**Thomas E. Clinton**
**BBO NO: 086960**
**Robert E. Collins**
**BBO NO: 555843**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  October 20, 2004