UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 04-11615-NMG

JOSEPH A. KINSELLA, as Administrator
and personal representative of the
Estate of Katherine Kinsella, and
JOSEPH A. KINSELLA, individually and
on behalf of all distributes of
KATHERINE KINSELLA, deceased
      Plaintiffs,

vs.

WYMAN CHARTER CORP., ET AL,
      Defendants.

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

WYMAN CHARTER CORP., ET AL      CLINTON & MUZYKA, P.C.

_____       _____
Michael P. Wyman                     Thomas E. Clinton
100 Breed's Hill Rd., Unit 8      BBO NO. 086960
Hyannis, MA 02601                 One Washington Mall
                                       Suite 1400
                                       Boston, MA 02108
                                       (617)723-9165

Dated: October 29, 2004