UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 04-11615-NMG

JOSEPH A. KINSELLA, as Administrator
and personal representative of the
Estate of Katherine Kinsella, and
JOSEPH A. KINSELLA, individually and
on behalf of all distributes of
KATHERINE KINSELLA, deceased
    Plaintiffs,

vs.

WYMAN CHARTER CORP., ET AL,
    Defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

WYMAN CHARTER CORP., ET AL

Michael P. Wyman
100 Breed's Hill Rd., Unit 8
Hyannis, MA 02601

CLINTON & MUZYKA, P.C.

Thomas E. Clinton
BBO NO. 086960
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: November 3, 2004