UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joseph A. Kinsella, as Administrator and personal representative of the Estate of Katherine Kinsella, and Joseph A. Kinsella, individually and on behalf of all distributees of Katherine Kinsella, deceased,<br><br>Plaintiffs,<br><br>V.<br><br>Wyman Charter Corp., Michael P. Wyman, Joseph Jay Shore, Cord Mitchell Shore, Caralyn Shore, Toad Hall Corp., Ian McColgin, the Motor Vessel "Sea Genie II," her engines, tackle and appurtenances, in rem, the Sailing Vessel "Granuaile," her engines, tackle and appurtenances, in rem,<br><br>Defendants,<br><br>V.<br><br>Rory Vandamme and Martin Mahon,<br><br>Third-Party Defendants. | Civil Action No. 04-11615-NMG |

## LOCAL RULE 16.1 COST/ALTERNATIVE DISPUTE RESOLUTION CERTIFICATE

Now comes the defendant Wyman Charter Corp. and certifies that its counsel has discussed the costs of conducting the full course and various alternative courses of the litigation, and that said discussions have also included the use of Alternative Dispute Resolution programs.

Wyman Charter Corp.
By its attorneys,

Dated: November 4th, 2004

Bertram E. Snyder, BBO # 471320
Patrick O. McAleer, BBO # 642627
LOONEY & GROSSMAN, LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

Dated: November 4th, 2004

Michael P. Wyman
President, Wyman Charter, Corp.
100 Breed's Hill Road, Unit 8
Hyannis, NA 02601

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November 2004, I served the foregoing, via hand delivery and by mailing a copy thereof, postage prepaid, to the following counsel of record:

>Andrew V. Buchsbaum, Esq.
>Friedman & James LLP
>132 Nassau Street
>New York, NY 10038
>
>Sarah B. Herlihy, Esq.
>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
>One Financial Center
>Boston, MA 02111
>
>Paul G. Boylan, Esq.
>Kevin G. Kenneally, Esq.
>Donovan & Hatem, LLP
>World Trade Center
>Two Seaport Lane, 8th Floor
>Boston, MA 02210
>
>Thomas E. Clinton, Esq.
>Robert E. Collins, Esq.
>Clinton & Muzyka, P.C.
>One Washington Mall
>Suite 1400
>Boston, MA 02108
>
>Mr. Ian McColgin (Pro Se)
>S/V GRANUAILE
>149 Sea Street, Apt. 6
>Hyannis, MA 02601

_____
Patrick O. McAleer