UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF EASTERN MASSACHUSETTS

JOSEPH A. KINSELLA, As Administrator, )
et al., )
        Plaintiffs, )
   v. )
  )
WYMAN CHARTER CORP., et al., )   CIVIL ACTION NO. 04-11615-NMG
        Defendants, )
   v. )
RORY VANDAMME and )
MARTIN MAHON, )
        Third-Party Defendants. )

## MOTION TO AMEND THIRD-PARTY COMPLAINT
## TO ADD THIRD-PARTY PLAINTIFFS

Joseph Shore, Carylyn Shore, Cord Shore, and Toad Hall Corp. (each and together hereinafter "Shore defendants") move pursuant to Federal Rule 15 to amend the Third-Party Complaint to add Carylyn Shore and Toad Hall Corp. as third-party plaintiffs. The proposed Amended Third-Party Complaint is attached. The proposed new third-party plaintiffs will assert the same claims as already asserted against third-party defendants Vandamme and Mahon.

1.    No party will be unduly or unfairly prejudiced. The core issue as to the wrongful contribution or not of third-party defendants to the subject fatality will be the same. The added Shore third-party plaintiffs share, with the existing Shore third-party plaintiffs, a direct interest in these claims and in determination as to the causal fault, if any, of all involved persons. The third-party plaintiffs sought to be added are, with other persons, entitled to adjudication as to all relevant causes and fault in one proceeding.

2.    A Rule 7.1 conference on November 2, 2004 preceded the filing of this motion.

Defendants,
JOSEPH SHORE, *et al.*
By their attorneys,

Paul G. Boylan, BBO No. 052320
Kevin G. Kenneally, BBO No. 550050
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
617-406-4500

Dated: Nov 4 2004

### Certificate of Service

The undersigned counsel for defendants Shore, *et al.* today gave notice of the **Motion To Amend Third-Party Complaint To Add Third-Party Plaintiffs** by e-mail transmission to the **Clerk, D.Mass.**, and to counsel for plaintiffs **Kinsella**, *et al.*, Sarah B. Herlihy, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111, and co-counsel, Andrew V. Buchsbaum, Friedman & James LLP, 132 Nassau Street, New York, NY 10038; counsel for defendant **Wyman Charter Corp.**, Bertram E. Snyder, Looney & Grossman LLP, 101 Arch Street, Boston, MA 02110; counsel for defendant **Michael Wyman, Individually**, Thomas E. Clinton and Robert Collins, Clinton & Muczyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108; and by first-class mail to defendant **Ian McColgin**, *pro se*, P.O. Box 1991, Hyannis, MA 02601.

Dated: Nov 4 2004

24100.1//00873792.

2