UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN MASSACHUSETTS

| | |
|---|---|
| JOSEPH A. KINSELLA, As Administrator, et al., <br> Plaintiffs, <br> v. <br> WYMAN CHARTER CORP., et al., <br> Defendants, <br> v. <br> RORY VANDAMME and <br> MARTIN MAHON, <br> Third-Party Defendants. | CIVIL ACTION NO. 04-11615-NMG |

### STATEMENT OF DISCLOSURE BY COUNSEL TO JOSEPH SHORE

We do hereby certify as follows:

1. I, Paul G. Boylan, with my partner, Kevin G. Kenneally, am an attorney for defendant Joseph Shore in the above-captioned action.

2. I, Joseph Shore, am a defendant in the above-captioned action.

3. We have conferred together with a view to establishing a budget for said litigation. We have also considered alternative courses for the litigation and have considered resolution through the use of alternative dispute resolution programs.

Defendant,
JOSEPH SHORE
By his attorneys,

_/s/ Paul G. Boylan_
Paul G. Boylan, BBO No. 052320    NOV 1 2004
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
617-406-4513

Dated:

_/s/ Joseph Shore_
Joseph Shore

Dated: 11/03/04

00873443.