UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN MASSACHUSETTS

JOSEPH A. KINSELLA, As Administrator, )
et al., )
       Plaintiffs, )
)
v. )
) CIVIL ACTION NO. 04-11615-NMG
WYMAN CHARTER CORP., et al., )
       Defendants, )
)
v. )
RORY VANDAMME and )
MARTIN MAHON, )
       Third-Party Defendants. )

## STATEMENT OF DISCLOSURE BY COUNSEL TO CARYLYN SHORE

We do hereby certify as follows:

1. I, Paul G. Boylan, with my partner, Kevin G. Kenneally, am an attorney for defendant Carylyn Shore in the above-captioned action.

2. I, Carylyn Shore, am a defendant in the above-captioned action.

3. We have conferred together with a view to establishing a budget for said litigation. We have also considered alternative courses for the litigation and have considered resolution through the use of alternative dispute resolution programs.

Defendant,
CARYLYN SHORE
By her attorneys,

*/s/ Paul G. Boylan*
Paul G. Boylan, BBO No. 052320
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
617-406-4513

Dated: Nov. 1, 2004

*/s/ Carylyn Shore*
Carylyn Shore

Dated: 11/03/04

00873443