UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN MASSACHUSETTS

| | |
|---|---|
| JOSEPH A. KINSELLA, As Administrator, et al.,<br>　　　　Plaintiffs,<br>v.<br>WYMAN CHARTER CORP., et al.,<br>　　　　Defendants,<br>v.<br>RORY VANDAMME and<br>MARTIN MAHON,<br>　　　　Third-Party Defendants. | CIVIL ACTION NO. 04-11615-NMG |

### STATEMENT OF DISCLOSURE BY COUNSEL TO
### TOAD HALL CORP.

We do hereby certify as follows:

1. I, Paul G. Boylan, with my partner, Kevin G. Kenneally, am an attorney for defendant Toad Hall Corp. in the above-captioned action.

2. I, Carylyn Shore, am the authorized representative of defendant Toad Hall Corp., a defendant in the above-captioned action.

3. We have conferred together with a view to establishing a budget for said litigation. We have also considered alternative courses for the litigation and have considered resolution through the use of alternative dispute resolution programs.

Defendant,
TOAD HALL CORP.
By its attorneys,

/s/ Paul G. Boylan
Paul G. Boylan, BBO No. 052320
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
617-406-4513

Dated: NOV 1, 2004

TOAD HALL CORP.

By: /s/ Carylyn Shore
Carylyn Shore
Its Authorized Representative

Dated: 11/03/04

00873443