UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH A. KINSELLA, as Adminstrator and personal representative of the Estate of Katherine Kinsella, and JOSEPH A. KINSELLA, individually and on behalf of all distributes of KATHERINE KINSELLA, deceased<br>    Plaintiffs,<br><br>VS.<br><br>WYMAN CHARTER CORP., ET AL,<br>    Defendants. | CIVIL ACTION<br>NO. 04-11615-NMG |

_____

| | |
|---|---|
| JOSEPH A. KINSELLA, as Adminstrator and personal representative of the Estate of Katherine Kinsella, and JOSEPH A. KINSELLA, individually and on behalf of all distributes of KATHERINE KINSELLA, deceased<br>    Plaintiffs,<br><br>VS.<br><br>INSURANCE COMPANY OF NORTH AMERICA, ET AL,<br>    Defendants. | CIVIL ACTION<br>NO. 05-10232-NMG |

**DEFENDANT, MICHAEL P. WYMAN'S, OPPOSITION
TO MOTION TO CONSOLIDATE CIVIL ACTIONS**

   Now comes the defendant, Michael P. Wyman, in the above entitled action, by his attorney, and files its opposition to the Shore defendants Motion to Consolidate Civil Actions.

   This matter involves two (2) civil actions.  One, Civil Action number 04-11615-NMG, for liability as a result of the

2

death of decedent Katherine Kinsella. The second action, Civil Action number 05-10232-NMG, involves a Declaratory Judgment action brought against various insurers for coverage. The Shore defendants have moved this Honorable Court to consolidate the two (2) civil actions, on the basis of judicial economy.

Consolidation is governed by Rule 42, which is permissive and discretionary with the Court. *In re PRI Automation, Inc. Security Litigation*, 145 F.Supp. 2d 138 (D.Ma. 2001). Here, there are different parties involved, different issues of law, and different operative facts. Accordingly, defendant, Michael P. Wyman, prays this Honorable Court deny the Motion to Consolidate Civil Actions. See, *McDermott, Inc. v. Industrial Risk Insurers*, 2003 WL 21362330 (E.D.La. 2003), a copy of which is attached hereto.

WHEREFORE, defendant, Michael P. Wyman, prays this Honorable Court deny the Motion to Consolidate Civil Actions.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Robert E. Collins"
**Robert E. Collins**
**BBO NO: 555843**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: June 2, 2005