United States District Court
District of Massachusetts

```
_____
                               )
JOESPH A. KINSELLA,            )
                               )
        Plaintiff,             )
                               )   Civil Action No.
        v.                     )   04-11615-NMG
                               )
WYMAN CHARTER CORP., et al.,   )
                               )
        Defendants.            )
_____)
                               )
JOSEPH A. KINSELLA,            )
                               )
        Plaintiff,             )
                               )
                               )   Civil Action No.
        v.                     )   05-10232-NMG
                               )
INSURANCE COMPANY OF NORTH     )
AMERICA, et al.,               )
                               )
        Defendants.            )
_____)
```

**ORDER**

**GORTON, J.**

After consideration of the memoranda in support of and in opposition to the pending motions to consolidate and after hearing oral argument regarding those motions, the Court finds that the above-captioned actions involve common questions of law and fact and that their consolidation will serve the interests of judicial economy and efficiency. Accordingly, the actions are hereby consolidated into Civil Action No. 04-11615-NMG. The

-1-

Scheduling Order issued on June 7, 2005 in Civil Action No. 05-10232-NMG shall henceforth apply to both cases, but the trial scheduled in that Order will address only the coverage issues between the insurance companies and their putative insureds. A trial addressing the alleged negligence of the defendants will follow, if necessary.

**So ordered.**

                                         /s/ Nathaniel M. Gorton
                                         Nathaniel M. Gorton
                                         United States District Judge

Dated: June 24, 2005