# United States District Court

DISTRICT OF  Massachusetts

**PLAINTIFF**
Joseph A. Kinsella, As Administrator And Personal Representative Of The Estate of Katherine Kinsella, And Joseph A. Kinsella, Individually And On Behalf Of All Distributees Of Katherine Kinsella, Deceased

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

**V. DEFENDANT AND THIRD PARTY PLAINTIFF**
Wyman Charter Corp., Michael P. Wyman, Joseph Shore, Cord Shore, Carylyn Shore, Toad Hall Corp., Ian McColgin, The Motor Vessel "Sea Genie II," Her Engines, Tackle And Appurtenances, In Rem, and The Sailing Vessel "GRANUAILE," Her Engines, Tackle And Appurtenances, In Rem

**CASE NUMBER:** 04-11615-NMG

**V. THIRD PARTY DEFENDANT**
Rory Vandamme and
Martin Mahon

**TO:** (Name and address of Third Party defendant)
Martin Mahon
Ardamine, Courtown, Gorye, Wexford
Republic of Ireland

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Andrew V. Bucshbaum, Esq.<br>Friedman & James LLP<br>132 Nassau Street<br>New York, NY 10038 | Paul G. Boylan, Esq.<br>Kevin G. Kenneally, Esq.<br>Matthew P. Sgro, Esq.<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA 02210 |

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

**SARAH A. THORNTON**
CLERK

DATE  10-5-05

*Pat Russo*
(BY) DEPUTY CLERK

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 2 November 2005 |
| NAME OF SERVER MARK BLACKWELL | TITLE MR. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: Place of Employment
37/39 Fitzwilliam Square

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4 November 2005
Date

Mark Blackwell
Signature of Server

4 Elton Grove
Millfarm
Dunboyne
Co. Meath
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.