UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joseph A. Kinsella,
    Plaintiff

v.                                                 Civil Action No. 04-11615-NMG

Wyman Charter Corp. et al.,
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

    The Court having been advised by counsel on 5/17/06 that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within forty-five (45) days to reopen the action if settlement is not consummated.

By the Court,

/S/ Craig J. Nicewicz

5/17/06                                            _____
  Date                                              Craig J. Nicewicz
                                                      Courtroom Clerk